# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **See attached list of all 54 affiliated entities that filed Chapter 11 Bankruptcy Petitions on March 26 and March 27, 2009. Pursuant to Order of the Court, the cases are jointly administered.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **See attached list of all 54 affiliated entities that filed Chapter 11 Bankruptcy Petitions on March 26 and March 27, 2009. Pursuant to Order of the Court, the cases are jointly administered.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **See attached list of all 54 affiliated entities that filed Chapter 11 Bankruptcy Petitions on March 26 and March 27, 2009. Pursuant to Order of the Court, the cases are jointly administered.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles**, California.

Dated **May 8, 2009**

/s/ Richard Meruelo
**Richard Meruelo**
*Debtor*

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of Califonia.

*Revised May 2004*  **F 1015-2.1**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

| Debtor | Fed. TIN | Case Number | JA Order |
|---|---|---|---|
| Meruelo Maddux Properties - 12385 San Fernando Road, LLC | 20-2350144 | 1:09-bk-13338-KT | 4/7/09 |
| Meruelo Maddux Properties, Inc. | 20-5398955 | 1:09-bk-13356-KT | 4/7/09 |
| Meruelo Farms, LLC | 27-0114275 | 1:09-bk-13358-KT | 4/8/09 |
| Meruelo Maddux - 3rd & Omar Street, LLC | 20-2788898 | 1:09-bk-13359-KT | 4/8/09 |
| Meruelo Maddux - 420 Boyd Street, LLC | 26-0374178 | 1:09-bk-13360-KT | 4/8/09 |
| Meruelo Maddux - 500 Mateo Street, LLC | 20-2788930 | 1:09-bk-13361-KT | 4/8/09 |
| Meruelo Maddux - 915-949 S. Hill Street, LLC | 20-2922657 | 1:09-bk-13362-KT | 4/9/09 |
| Meruelo Maddux Properties - 760 S. Hill Street, LLC | 20-2465227 | 1:09-bk-13363-KT | 4/9/09 |
| Meruelo Maddux Properties - 1919 Vineburn Street, LLC | 20-2433903 | 1:09-bk-13364-KT | 4/10/09 |
| Meruelo Maddux - 2415 E. Washington Blvd., LLC | 20-2922662 | 1:09-bk-13365-KT | 4/8/09 |
| Meruelo Wall Street, LLC | 35-2223764 | 1:09-bk-13366-KT | 4/8/09 |
| Meruelo Maddux - 5500 Flotilla Street, LLC | 26-0712538 | 1:09-bk-13367-KT | 4/8/09 |
| Santa Fe Commerce Center, Inc. | 26-2388733 | 1:09-bk-13368-KT | 4/8/09 |
| Meruelo Maddux - Mission Boulevard, LLC | 26-2370514 | 1:09-bk-13369-KT | 4/8/09 |
| Meruelo Maddux Properties - 306-330 N. Avenue 21, LLC | 20-2642537 | 1:09-bk-13370-KT | 4/10/09 |
| Meruelo Maddux Properties - 2131 Humboldt Street, LLC | 20-2465281 | 1:09-bk-13371-KT | 4/7/09 |
| Meruelo Maddux Properties - 1009 North Citrus Avenue, Covina, LLC | 20-2465270 | 1:09-bk-13372-KT | 3/31/09 |
| Merco Group - 3185 E. Washington Boulevard, LLC | 20-2349897 | 1:09-bk-13373-KT | 4/8/09 |
| Meruelo Maddux Properties - 1060 N. Vignes, LLC | 71-0974577 | 1:09-bk-13374-KT | 4/14/09 |
| Merco Group - 2040 Camfield Avenue, LLC | 20-8769703 | 1:09-bk-13375-KT | 4/9/09 |
| National Cold Storage, LLC | N/A | 1:09-bk-13376-KT | 4/8/09 |
| Wall Street Market, LLC | 27-0091290 | 1:09-bk-13377-KT | 4/8/09 |
| Merco Group - 801 E. 7th Street, LLC | 20-2448810 | 1:09-bk-13378-KT | 4/8/09 |
| Santa Fe & Washington Market, LLC | 95-4742615 | 1:09-bk-13379-KT | 4/8/09 |
| Merco Group - 146 E. Front Street, LLC | 34-2027340 | 1:09-bk-13380-KT | 4/9/09 |
| Merco Group - 5707 S. Alameda, LLC | 11-3739830 | 1:09-bk-13381-KT | 4/8/09 |
| Merco Group - 1211 E. Washington Boulevard, LLC | 20-2349858 | 1:09-bk-13382-KT | 4/8/09 |
| Meruelo Maddux Properties - 2951 Lenwood Road, LLC | 20-2350096 | 1:09-bk-13383-KT | 4/7/09 |
| Merco Group - 1308 S. Orchard, LLC | 20-5528320 | 1:09-bk-13384-KT | 4/9/09 |
| Merco Group - Ceres Street Produce, LLC | 20-2349984 | 1:09-bk-13385-KT | 4/8/09 |
| Meruelo Baldwin Park, LLC | 77-0627079 | 1:09-bk-13386-KT | 4/8/09 |
| Meruelo Maddux Properties, L.P. | 20-8363288 | 1:09-bk-13387-KT | 4/8/09 |
| Meruelo Maddux Construction, Inc. | 20-4418296 | 1:09-bk-13388-KT | 4/8/09 |
| Meruelo Maddux - 230 W. Avenue 26, LLC | 20-2922700 | 1:09-bk-13389-KT | 4/8/09 |
| Meruelo Maddux Management, LLC | 20-8376794 | 1:09-bk-13390-KT | 4/7/09 |
| Meruelo Maddux - 817-825 S. Hill Street, LLC | 20-3405983 | 1:09-bk-13391-KT | 4/9/09 |
| MMP Ventures, LLC | 20-8375912 | 1:09-bk-13392-KT | 4/8/09 |
| Meruelo Maddux - 1000 E. Cesar Chavez, LLC | 20-2984283 | 1:09-bk-13393-KT | 4/8/09 |
| Alameda Produce Market, LLC | 26-0817525 | 1:09-bk-13394-KT | 4/10/09 |
| 788 South Alameda, LLC | 65-1187504 | 1:09-bk-13395-KT | 4/9/09 |
| 905 8th Street, LLC | 51-0484641 | 1:09-bk-13396-KT | 4/7/09 |
| 2640 Washington Boulevard, LLC | 13-4285894 | 1:09-bk-13397-KT | 4/9/09 |
| Merco Group - 1500 Griffith Avenue, LLC | 20-2349769 | 1:09-bk-13398-KT | 4/9/09 |
| Merco Group - 4th Street Center, LLC | 20-2861016 | 1:09-bk-13399-KT | 4/8/09 |
| Merco Group - 425 West 11th Street, LLC | 73-1719261 | 1:09-bk-13400-KT | 4/8/09 |
| Merco Group - 620 Gladys Avenue, LLC | 20-2350017 | 1:09-bk-13401-KT | 4/8/09 |
| Meruelo Maddux - 336 W. 11th Street, LLC | 20-2936510 | 1:09-bk-13402-KT | 4/8/09 |
| Merco Group - 2001-2021 West Mission Boulevard, LLC | 54-2153255 | 1:09-bk-13403-KT | 4/9/09 |
| Merco Group - 2529 Santa Fe Avenue, LLC | 20-2922650 | 1:09-bk-13404-KT | 4/9/09 |
| Merco Group - Little J, LLC | 16-1712322 | 1:09-bk-13405-KT | 4/8/09 |
| Merco Group, LLC | 36-4547803 | 1:09-bk-13406-KT | 4/8/09 |
| Merco Group - Southpark, LLC | 73-1704237 | 1:09-bk-13407-KT | 4/7/09 |
| Merco Group - Overland Terminal, LLC | 45-0539908 | 1:09-bk-13434-KT | 4/7/09 |
| Meruelo Maddux - 555 Central Avenue, LLC | 20-2986157 | 1:09-bk-13439-KT | 4/8/09 |